**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-2314

---

MICHAEL WAYNE LONG,

Plaintiff - Appellant,

versus

UNITED STATES MARINE CORPS; UNITED STATES OF
AMERICA,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenwood. Solomon Blatt, Jr., Senior District
Judge. (CA-00-716-9-08)

---

Submitted: January 11, 2001        Decided: January 17, 2001

---

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Wayne Long, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Wayne Long appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Long v. United States Marine Corps, No. CA-00-716-9-08 (D.S.C. July 26, 2000). Long's motions to transfer the case, to appoint counsel, and to hold brief in abeyance are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2